■ In the Matter of the Accounting of SAMUEL FLASTERSTEIN et al., as Executors and Trustees under the Will of ANNA FLASTERSTEIN, Deceased, Respondents. LEE M. T. FLASTERSTEIN, Appellant.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ANDREE KINGSTON, Respondent, v. ROBERT ANHALT, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 1, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. MICHAEL M. MARONNA, an Attorney, Respondent.— During the pendency of this disciplinary proceeding, respondent submitted his resignation from the office of attorney and counselor at law. Resignation accepted; respondent's name struck from roll of attorneys. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of LEONARD MASON, Petitioner, v. JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Motion by respondent to dismiss proceeding transferred to this court for disposition, granted; proceeding dismissed. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of the Accounting of DOROTHEA A. SHEARN, as Executrix of CLARENCE J. SHEARN, Deceased, Appellant. SIDNEY H. REICH et al., Respondents.— Motion by Referee respondent to dismiss appeal denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JERICHO PLUMBERS SUPPLY CO., Respondent, v. MILTON WANDOLOSKI et al., Defendants, and ERWIN DRESSEL, Appellant.— Motion by respondent to dismiss appeal denied, with $10 costs. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.